<u>9:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>WEDNESDAY, NOVEMBER 13, 2024</u>

<u>Coram: RESTREPO, MONTGOMERY-REEVES and AMBRO, Circuit Judges</u>

<u>No. 23-1403</u>

ROY MOSES,
Appellant
v.
DISTRICT ATTORNEY
PHILADELPHIA; et al.

| <u>Counsel for Appellant</u> | <u>Counsel for Appellees</u> |
|---|---|
| ABIGAIL T. BURTON | DAVID NAPIORSKI |
| (15 minutes per Court) | (15 minutes per Court) |

<u>No. 22-3272</u>

TOLA ROSS,
Appellant
v.
SUPERINTENDENT
PHOENIX SCI; et al.

| <u>Counsel for Appellant</u> | <u>Counsel for Appellees</u> |
|---|---|
| JIANING XIE | MACKENZIE D. HAYES |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE TWO – CONTINUED               WEDNESDAY, NOVEMBER 13, 2024

Coram: RESTREPO, MONTGOMERY-REEVES and AMBRO, Circuit Judges

No. 24-1041

QUIMERA HOLDING GROUP SAC
v.
KENNEDY FUNDING FINANCIAL LLC;
KEVIN WOLFER; GREGG WOLFER

KENNEDY FUNDING FINANCIAL, LLC.,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| CRAIG S. HILLIARD | AHMED A. MASSOUD |
| (15 minutes per Court) | (15 minutes per Court) |

S U B M I T T E D

No. 23-2611
Pursuant to 3rd Cir. LAR 34.1(a)

ERIC DAIMLER,
Appellant
v.
CHRIS MOEHLE; ROBOTICS
HUB FUND 1, LLC;
COAL HILL VENTURES LLC

———

No. 23-3197
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
KENNETH GRAHAM,
Appellant

PAGE THREE – CONTINUED                WEDNESDAY, NOVEMBER 13, 2024

Coram: RESTREPO, MONTGOMERY-REEVES and AMBRO, Circuit Judges

S U B M I T T E D

No. 23-3220
Pursuant to 3rd Cir. LAR 34.1(a)

JOSEPHINE SHUI,
Appellant
v.
LEI WANG; et al.

_____

No. 24-1106
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
NICHOLAS CERIONE,
Appellant